| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Barrett, Susan D. | 2. Court or Organization U.S. Bankruptcy Court, GA-S | 3. Date of Report 07/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address P. O. Box 31267 Augusta, Georgia 30903 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | Family Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute, Inc. | April 20-21, 2017 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 2. | State Bar of Georgia Bankruptcy Section | December 13-15-2017 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | National Conference of Bankruptcy Judges | October 8-11, 2017 | Las Vegas, NV | Annual Conference | Airfare, Parking and Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2. Suntrust Money Market | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCT #1 SCHWAB | | | | | | | | | |
| 5. SCHWAB US TREAS MONEY FD SWEEP (SWUXX) | A | Dividend | K | T | | | | | |
| 6. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 7. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 8. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 9. | | | | | Redeemed (part) | 12/08/17 | J | | See Part VIII |
| 10. | | | | | Redeemed (part) | 12/05/17 | K | | See Part VIII |
| 11. | | | | | Redeemed (part) | 11/15/17 | K | | See Part VIII |
| 12. | | | | | Buy (add'l) | 11/14/17 | L | | |
| 13. | | | | | Redeemed (part) | 10/18/17 | K | | See Part VIII |
| 14. | | | | | Redeemed (part) | 10/17/17 | K | | See Part VIII |
| 15. | | | | | Buy (add'l) | 10/02/17 | K | | |
| 16. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 17. | | | | | Buy (add'l) | 09/12/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 07/14/17 | J | | See Part VIII |
| 19. | | | | | Redeemed (part) | 07/03/17 | J | | See Part VIII |
| 20. | | | | | Buy (add'l) | 09/11/17 | L | | |
| 21. | | | | | Redeemed (part) | 06/08/17 | J | | See Part VIII |
| 22. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 23. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 24. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 25. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 26. | | | | | Redeemed (part) | 03/08/17 | J | | See Part VIII |
| 27. | | | | | Redeemed (part) | 02/15/17 | J | | See Part VIII |
| 28. | | | | | Redeemed (part) | 01/30/17 | K | | See Part VIII |
| 29. BANK OF MONTREAL 1.4%18F | A | Interest | K | T | | | | | |
| 30. DOVER CORP (DOV) | A | Dividend | K | T | | | | | |
| 31. GOLDMAN SACHS BK 1.45% 17 | B | Interest | | | Matured | 11/13/17 | L | | See Part VIII |
| 32. ISH BND SEP 2017 (IBMF) | A | Dividend | | | Sold | 09/08/17 | L | C | |
| 33. ISHARES SELECT DIV ETF IV (DVY) | C | Dividend | M | T | | | | | |
| 34. ISHARES INTL SEL DIV ETF (IDV) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | | | | | |
| 36. MISCROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 37. PUTNAM SHORT DURATION INCM A (PSDTX) | A | Dividend | K | T | Buy | 10/16/17 | K | | |
| 38. | | | | | Sold | 07/12/17 | L | A | |
| 39. SCHWAB US DIV EQUITY ETF (SCHD) | D | Dividend | O | T | | | | | |
| 40. CHARLES SCHWAB US MC ETF (SCHM)(X) | A | Dividend | L | T | Buy | 01/25/17 | K | | |
| 41. SCHWAB INT'L EQUITY ETF (SCHF)(X) | A | Dividend | K | T | Buy | 02/10/17 | J | | |
| 42. SCHWAB TOTAL STK MKT INDEX (SWTSX) | D | Dividend | O | T | | | | | |
| 43. | | | | | Sold (part) | 09/08/17 | K | D | |
| 44. SHERWIN WILLIAMS CO (SHW)(X) | | None | K | T | Buy | 12/01/17 | K | | |
| 45. TE CONNECTIVITY LTD F (TEL)(X) | A | Dividend | K | T | Buy | 06/28/17 | K | | |
| 46. UNITED HEALTH GROUP INC (UNH) | A | Dividend | | | Sold | 05/31/17 | K | D | |
| 47. | | | | | | | | | |
| 48. BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 49. -SCHWAB US TREAS MONEY FD (SWUXX) | A | Dividend | K | T | | | | | |
| 50. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 51. | | | | | Buy (add'l) | 12/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed (part) | 09/28/17 | K | | See Part VIII |
| 53. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 54. | | | | | Buy (add'l) | 09/13/17 | K | | |
| 55. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 56. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 57. | | | | | Redeemed (part) | 03/08/17 | J | | See Part VIII |
| 58. | | | | | Redeemed (part) | 02/15/17 | J | | See Part VIII |
| 59. ISHARES SELECT DIV ETF IV FUND (DVY) | B | Dividend | K | T | | | | | |
| 60. PUTNAM SHORT DURATION, INCM A (PSDTX)(X) | A | Dividend | K | T | Buy | 09/27/17 | K | | |
| 61. SCHWAB US DIV. EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |
| 62. SCHWAB TOTAL STK MKT (SWTSX) | C | Dividend | M | T | | | | | |
| 63. CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | | | Sold | 09/18/17 | K | | See Part VIII |
| 64. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 65. SCHWAB INT'L EQUITY ETF (SCHF) | A | Dividend | K | T | | | | | |
| 66. SCHWAB US SMALL CAP ETF (SCHA) (X) | A | Dividend | | | Sold | 09/08/17 | J | | See Part VIII |
| 67. | | | | | Buy | 02/10/17 | J | | |
| 68. VANGUARD INDUSTRIALS (VIS) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. BROKERAGE ACCT.#3 (WELLS FARGO) | | | | | | | | | |
| 71. BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 72. CHEVRON CORP (CVX) | C | Dividend | L | T | | | | | |
| 73. DXC TECH CO (DXC) (X) | A | Dividend | J | T | | | | | |
| 74. | | | | | Sold (part) | 04/03/17 | J | A | |
| 75. | | | | | Spinoff (from line 80) | 04/03/17 | K | | See Part VIII |
| 76. EQUITY RESIDENTIAL (EQR) | D | Dividend | M | T | | | | | |
| 77. FIREEYE IN (FEYE) | | None | J | T | | | | | |
| 78. GENERAL ELECTRIC CO. (GE) | B | Dividend | K | T | | | | | |
| 79. HP INC (HPQ) | A | Dividend | J | T | | | | | |
| 80. HEWLETT PACKARD ENTERPRISE CO (HPE) | A | Dividend | J | T | | | | | |
| 81. MICRO FOCUS INTL PLC ADR SPONSORED ADR NEW (MFGP)(X) | | None | J | T | | | | | |
| 82. | | | | | Sold (part) | 09/13/17 | J | A | |
| 83. | | | | | Spinoff (from line 80) | 09/13/17 | J | | See Part VIII |
| 84. PALO ALTO NETWORKS (PANW) | | None | J | T | | | | | |
| 85. PROCTOR & GAMBLE CO. (PG) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | A | Dividend | J | T | | | | | |
| 87. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC | | None | | | | | | | See Part VIII |
| 90. | | | | | | | | | |
| 91. FAMILY INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & SMALL BANK ACCT. AT | | None | N | T | | | | | |
| 92. SUNTRUST) | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. TRUSTEE OF FAMILY TRUST CHECKING ACCOUNT AT SUNTRUST BANK | | None | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. FAMILY TRUST ACCT. #1 (TRUSTEE) (SCHWAB BROKERAGE ACCT.) | | | | | | | | | |
| 97. ABBVIE, INC. (ABBV) | B | Dividend | L | T | | | | | |
| 98. AQUA AMERICAN INC. (WTR) | A | Dividend | | | Sold | 03/16/17 | K | A | |
| 99. BANK SWEEP ACCT. | A | Interest | K | T | | | | | |
| 100. BB&T CORPORATION (BBT) | B | Dividend | K | T | | | | | |
| 101. BLACKROCK, INC. (BLK) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. CVS HEALTH CORP (CVS) | A | Dividend | | | Sold | 02/01/17 | K | | See Part VIII |
| 103. DEERE & CO. (DE) | A | Dividend | L | T | | | | | |
| 104. EXXON MOBIL CORP (XOM) | B | Dividend | K | T | | | | | |
| 105. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |
| 106. KIMBERLY-CLARK CORP (KMB) | B | Dividend | K | T | | | | | |
| 107. MARRIOTT INTL INC. (MAR) | A | Dividend | K | T | | | | | |
| 108. MC DONALDS CORP (MCD) | B | Dividend | L | T | | | | | |
| 109. MERCK & CO INC. (MRK) | A | Dividend | K | T | | | | | |
| 110. MICROSOFT CORP (MSFT) | B | Dividend | L | T | | | | | |
| 111. PAYCHEX INC (PAYX) | B | Dividend | L | T | | | | | |
| 112. PUTNAM SHORT DURATION (PSDTX) | A | Dividend | M | T | | | | | |
| 113. | | | | | Buy (add'l) | 11/09/17 | K | | |
| 114. SCHWAB US DIV EQUITY ETF (SCHD) | D | Dividend | M | T | | | | | |
| 115. | | | | | Buy (add'l) | 02/01/17 | K | | |
| 116. CHARLES SCHWAB US MC ETF (SCHM) (X) | A | Dividend | K | T | Buy | 03/03/17 | K | | |
| 117. TECHNOLOGY SELECT SECTOR SPDR ETF (XLK) | A | Dividend | K | T | | | | | |
| 118. TE CONNECTIVITY LTD F (TEL) (X) | A | Dividend | K | T | Buy | 03/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. UNITED HEALTH GROUP INC. (UNH) | A | Dividend | | | Sold | 06/13/17 | K | D | |
| 120. UNITED TECHNOLOGIES CORP (UTX) | B | Dividend | L | T | | | | | |
| 121. 3M (MMM) | B | Dividend | L | T | | | | | |
| 122. | | | | | | | | | |
| 123. FAMILY TRUST ASSET #2 (WELLS FARGO BROKERAGE ACCT.) | | | | | | | | | |
| 124. BANK DEPOSIT SWEEP | A | Interest | L | T | | | | | |
| 125. CHEVRON (CVX) | B | Dividend | L | T | | | | | |
| 126. | | | | | | | | | |
| 127. DXC TECHNOLOGY CO (DXC)(X) | A | Dividend | J | T | | | | | |
| 128. | | | | | Sold (part) | 04/03/17 | J | A | |
| 129. | | | | | Spinoff (from line 133) | 04/03/17 | J | | See Part VIII |
| 130. EQUITY RESIDENTIAL (EQR) | D | Dividend | O | T | | | | | |
| 131. GENERAL ELECTRIC (GE) | A | Dividend | J | T | | | | | |
| 132. HP INC (HPQ) | A | Dividend | K | T | | | | | |
| 133. HEWLETT PACKARD ENTERPRISES CO. (HPE) | A | Dividend | K | T | | | | | |
| 134. MICRO FOCUS INTL PLC ADR SPONSORED ADR NEW (MFGP) | | None | J | T | | | | | |
| 135. | | | | | Sold (part) | 09/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Spinoff (from line 133) | 09/13/17 | J | | See Part VIII |
| 137. PROCTOR & GAMBLE (PG) | D | Dividend | M | T | | | | | |
| 138. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | B | Dividend | K | T | | | | | |
| 139. SUNTRUST BANKS INC (STI) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 07/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Lines 9-11, 13-14, 18-19, 21, 26-28, 31, 52, 57-58, 63, 66, 75, 83, 102, 129, and 136).  There is no gain to report.

Section VII (Line 89).  I own a membership interest in this entity, but it did not have any activity in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544